03 JUN 11 PM 3:48

BY: ECL

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1906 BEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| MIGUEL PEREZ-PIO, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about May 14, 2008, within the Southern District of California, defendant MIGUEL PEREZ-PIO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

WAH:nlv:San Diego
6/10/08

1    It is further alleged that defendant MIGUEL PEREZ-PIO was removed

2  from the United States subsequent to March 6, 2007.

3    DATED: June 11, 2008.

4                                              A TRUE BILL:

5

6

7                                              Foreperson

8  KAREN P. HEWITT
   United States Attorney

9

10  By:

11     CARLA J. BRESSLER
       Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28