1  KAREN P. HEWITT
   United States Attorney
2  WILLIAM A. HALL, JR.
   Assistant U.S. Attorney
3  California State Bar No. 253403
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7046/(619) 235-2757 (Fax)
   Email: william.a.hall@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR1906-BEN
                                     )
11                    Plaintiff,     )   DATE:        July 21, 2008
                                     )   TIME:         2:00 p.m.
12            v.                     )   Before Honorable Roger T. Benitez
                                     )
13  MIGUEL PEREZ-PIO,                )   UNITED   STATES'   MOTION   FOR
                                     )   FINGERPRINT   EXEMPLARS   AND
14                    Defendant(s).  )   RECIPROCAL DISCOVERY
                                     )
15                                   )   TOGETHER  WITH  STATEMENT  OF
                                     )   FACTS  AND  MEMORANDUM  OF
16                                   )   POINTS AND AUTHORITIES
                                     )
17                                   )
                                     )
18  _____ )

19        COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

20  Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and

21  hereby files its Motion for Fingerprint Exemplars and Reciprocal Discovery in the

22  above-referenced case.  Said motions are based upon the files and records of this case together with

23  the attached statement of facts and memorandum of points and authorities.

24  //

25  //

26  //

27  //

28

1

2       DATED: July 7, 2008.

3                               Respectfully submitted,

4                               KAREN P. HEWITT
                                 United States Attorney

5

6                               s/ William A. Hall, Jr.

7                               WILLIAM A. HALL, JR.
                               Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2                08CR1906-BEN

1  KAREN P. HEWITT
   United States Attorney
2  WILLIAM A. HALL, JR.
   Assistant U.S. Attorney
3  California State Bar No. 253403
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7046/(619) 235-2757 (Fax)
   Email: william.a.hall@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10                              )
    UNITED STATES OF AMERICA,    )    Criminal Case No. 08CR1906-BEN
11                              )
                     Plaintiff,  )    DATE:       July 21, 2008
12                              )    TIME:       2:00 p.m.
           v.                    )    Before Honorable Roger T. Benitez
13                              )
    MIGUEL PEREZ-PIO,            )    UNITED   STATES'   STATEMENT   OF
14                              )    FACTS   AND   MEMORANDUM   OF
                                 )    POINTS AND AUTHORITIES
15                Defendant(s).  )
                                 )
16

17                         **I**

18              **STATEMENT OF THE CASE**

19         The Defendant, Miguel Perez-Pio (hereinafter "Defendant"), was charged by a grand jury

20  on June 11, 2008, with violating 8 U.S.C. §§ 1326(a) and (b), deported alien found in the United

21  States.  Defendant was arraigned on the Indictment on June 12, 2008, and entered a plea of not

22  guilty.

23                        **II**

24               **STATEMENT OF FACTS**

25         Defendant was apprehended on April 25, 2008, by a United States Border Patrol Agent

26  ("BPA") near Jamul, California.  There, at approximately 1:45 p.m. that afternoon, a BPA

27

28                         3              08CR1906-BEN

1   performing patrol duties responded to a sensor activation in an area located approximately twelve

2   miles east of the Otay Mesa, California Port of Entry, and approximately six miles north of the

3   international border between Mexico and the United States.  Upon approaching the area, the BPA

4   noticed Defendant walking out of thick brush along a trail.  The BPA identified himself and

5   conducted an immigration inspection, upon which Defendant freely admitted to being a citizen and

6   national of Mexico without any immigration documents allowing him to enter or to remain in the

7   United States legally.

8      Defendant was arrested and transported to the Brown Field Border Patrol Station for

9   processing.  There, BPAs used Defendant's fingerprints to perform a computerized check of

10  Defendant's criminal and immigration history, revealing him to be a previously deported criminal

11  alien.  In a post-Miranda statement, Defendant admitted that he is a citizen and national of Mexico

12  illegally present in the United States.  He further admitted that he had been previously deported

13  from the United States, and had not applied or requested permission to re-enter the United States

14  legally.  Defendant stated his intended destination was Escondido, California.

15  **B.**    **DEFENDANT'S CRIMINAL AND IMMIGRATION HISTORY**

16      Preliminary criminal history reports show that Defendant has several felony illegal entry

17  and re-entry convictions in the U.S. District Court for the Southern District of California.

18  Defendant was convicted in 2002 of one count of 8 U.S.C. § 1326; he was sentenced to 60 days

19  custody, and then later to four months custody on a probation violation.  Defendant was convicted

20  in 2004 of one count of 8 U.S.C. § 1326; he was sentenced to 15 months custody.  Defendant was

21  convicted in 2007 of two counts of 8 U.S.C. § 1325; he was sentenced to 18 months custody.

22      Defendant was last removed to Mexico on May 9, 2008.  He has been removed from the

23  United States on at least four prior occasions as well.

24  //

25  //

26  //

27

28                                          4                        08CR1906-BEN

1

**III**

2

**UNITED STATES' MOTIONS**

3

**A.    FINGERPRINT EXEMPLARS**

4

      The United States requests that the Court order that Defendant make himself available for

5

fingerprinting by the United States' fingerprint expert.  <u>See</u> <u>United States v. Ortiz-Hernandez</u>, 427

6

F.3d 567, 576-77 (9th Cir. 2005) (government may have defendant fingerprinted and use criminal

7

and immigration records in Section 1326 prosecution).  Defendant's fingerprints are not testimonial

8

evidence.   <u>See</u> <u>Schmerber v. California</u>, 384 U.S. 757 (1966).   Using identifying physical

9

characteristics, such as fingerprints, does not violate Defendant's Fifth Amendment right against

10

self-incrimination.  <u>United States v. DePalma</u>, 414 F.2d 394, 397 (9th Cir. 1969); <u>see</u> <u>also</u> <u>United</u>

11

<u>States v. St. Onge</u>, 676 F. Supp. 1041, 1043 (D. Mont. 1987).

12

**B.    RECIPROCAL DISCOVERY**

13

      To date, the United States has provided Defendant with 43 pages of discovery, including

14

reports of his arrest, his rap sheet, and copies of immigration and conviction documents, and one

15

DVD.  The government moves the Court to order Defendant to provide all reciprocal discovery

16

to which the United States is entitled under Rules 16(b) and 26.2.  Rule 16(b)(2) requires

17

Defendant to disclose to the United States all exhibits and documents which Defendant "intends

18

to introduce as evidence in chief at the trial" and a written summary of the names, anticipated

19

testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702,

20

703, and 705 of the Federal Rules of Evidence.

21

//

22

//

23

//

24

//

25

//

26

//

27

28

**V**

**<u>CONCLUSION</u>**

For the foregoing reasons, the government respectfully requests that its motions be granted..

DATED: July 7, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney

6                              08CR1906-BEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1906-BEN |
| Plaintiff | |
| v. | CERTIFICATE OF SERVICE |
| MIGUEL PEREZ-PIO, | |
| Defendant(s). | |

IT IS HEREBY CERTIFIED THAT:

     I, WILLIAM A. HALL, JR., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTION FOR FINGERPRINT EXEMPLARS AND RECIPROCAL DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     1. Sylvia A. Baez, Esq.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on July 7, 2008.

                      s/ William A. Hall, Jr.
                      WILLIAM A. HALL, JR.