O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 5 2008

UNITED STATES OF AMERICA
V.
MIGUEL PEREZ-PIO

WAIVER OF INDICTMENT

CASE NUMBER: 08CR1906-BEN

I, Miguel Perez-Pio, the above named defendant, who is accused of Illegal Entry, in violation of Title 8, United States Code, Section 1325,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X MIGUEL PEREZ PIO
Defendant

Counsel for Defendant

Before _____
        Judicial Officer